AO 91 (Rev. 11/11) Criminal Complaint

DOA: 11/15/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Jose Oliver Garcia-Perez,
A#213 359 943

*Defendant*

Case No. 26-7053MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 15, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jose Oliver Garcia-Perez an alien, was found in the United States at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about February 10, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

C. Bailey Jr.
Digitally signed by CHARLES BAILEY
Date: 2026.11.16 11:19:37 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Sarah L. Betz

☒ Continued on the attached sheet.

JAMES N LUONG
Digitally signed by JAMES N LUONG
Date: 2026.11.16 11:38:18 -07'00'

*Complainant's signature*

James N. Luong
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: November 16, 2026 @ 11:54 a.m.

Mary Bridget Minder
*Judge's signature*

City and state: Phoenix, Arizona

M. Bridget Minder
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer James N. Luong, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 15, 2026, officers with the Mesa Police Department (MPD) arrested and booked Jose Oliver Garcia-Perez into the Mesa City Jail (MCJ), in Mesa, Arizona, on local charges. MPD officers suspected Garcia-Perez was present in the United States unlawfully and contacted the Phoenix ICE office for assistance. ICE officers performed immigration database checks and determined Garcia-Perez to be unlawfully present in the United States. On the same date, an immigration detainer was lodged with the MCJ for Garcia-Perez. On or about November 15, 2026, Garcia-Perez was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Garcia-Perez was held in administrative custody until his criminal and immigration history could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Oliver Garcia-Perez to be a citizen of Mexico and a previously deported alien. Garcia-Perez was removed from the United States to Mexico, through Mesa, Arizona, on or about February 10, 2020, pursuant to a final

order of removal issued by an immigration official. There is no record of Garcia-Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal.

4. On or about November 16, 2026, Jose Oliver Garcia-Perez was advised of his constitutional rights. Garcia-Perez freely and willingly acknowledged his rights but declined to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 15, 2026, Jose Oliver Garcia-Perez, an alien, was found in the United States, at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Mesa, Arizona, on or about February 10, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it and attest that there is sufficient evidence to establish probable

///

///

case that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

JAMES N LUONG
Digitally signed by JAMES N LUONG
Date: 2026.11.16 11:39:10 -07'00'

James N. Luong
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
November 16, 2026

M. Bridget Minder
United States Magistrate Judge